**FILED**

JUN 16 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT

Eastern District of North Carolina

Western Division

CANDICE ANJANETTE GULLEY HINES,

Plaintiff,

v.

SOUTHPOINT HONDA and DOES 1–10,

Defendants.

JURY TRIAL DEMANDED

5:25-cv-00334-M

---

# VERIFIED COMPLAINT FOR SLANDER OF TITLE, QUIET TITLE, DECLARATORY RELIEF, AND DAMAGES

## INTRODUCTION

1. Plaintiff brings this action for slander of title, quiet title, and declaratory relief arising from the fraudulent handling and representation of a retail installment contract originally executed between Plaintiff and Defendant Southpoint Honda.

2. Plaintiff alleges that the Defendants, through a pattern of intentional and/or reckless conduct, recorded false documents or claimed interests in property, thereby clouding Plaintiff's title, reducing the property's value, and interfering with Plaintiff's rights.

3. This action also seeks equitable and monetary relief, including punitive damages, for the injury caused by Defendants' unlawful acts.

---

## JURISDICTION AND VENUE

4. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) and/or 28 U.S.C. § 1331 (federal question jurisdiction), and supplemental

jurisdiction under 28 U.S.C. § 1367 for state-law claims.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this district and the subject property is located within the district.

## PARTIES

6. Plaintiff, Candice Anjanette Gulley Hines, is a natural person and consumer residing at 108 Rossell Park Cir, Garner, NC 27529, and is the equitable and/or legal owner of the property at issue.

7. Defendant, Southpoint Honda, is a licensed motor vehicle dealer that entered into a retail installment contract with Plaintiff on November 17, 2023, located at 951 Southpoint Auto Park Blvd, Durham, NC 27713.

8. Defendants DOES 1–10 are persons or entities whose identities are currently unknown but participated in the misrepresentation, registration, assignment, or publication of false or misleading liens or ownership claims over the Plaintiff's contract and/or property.

## FACTUAL ALLEGATIONS

9. On or about November 17, 2023, Plaintiff entered into a Retail Installment Sales Contract ("RISC") with Defendant Southpoint Honda for the purchase of a vehicle described as follows:

   2022 Honda Accord, VIN 1HGCV1F45NA069400, Silver, for a total price of $34,626.20, with a finance amount of $30,000.00.

10. The RISC contained standard language permitting assignment of the contract.

11. Plaintiff signed the contract under the belief that it would be kept and serviced by the originating dealer or an authorized servicer under lawful and disclosed terms.

12. Upon information and belief, Defendants created or permitted the creation of false claims, security interests, or filings that were not lawfully perfected or disclosed.

13. Defendants recorded or registered false documents and/or security interests—including Uniform Commercial Code filings, electronic liens, or notices of assignment—with

third-party registries, credit bureaus, or state DMV authorities, without legal right or perfected chain of title.

14. These filings, assignments, or registrations were intended to give the false impression that Defendants retained lawful ownership and enforcement rights when in fact they did not.

15. The public filing or communication of such false claims has clouded Plaintiff's title, impaired the marketability of the vehicle, harmed Plaintiff's credit reputation, and exposed Plaintiff to unauthorized collections or repossession attempts.

## CAUSES OF ACTION

### COUNT ONE: Slander of Title

16. Plaintiff incorporates paragraphs 1–15 as if fully set forth herein.

17. Defendants published or caused to be published false documents or claims of ownership, lien, or enforcement rights related to the subject contract and property.

18. These publications were made with malice, recklessness, or knowing disregard for the truth, intending to cloud title and extract unjust enrichment through collection, servicing fees, or resale of the obligation.

19. Plaintiff has suffered damages including but not limited to loss of title clarity, impaired credit, reputational harm, emotional distress, and legal expenses.

20. Plaintiff is entitled to compensatory and punitive damages.

### COUNT TWO: Quiet Title

21. Plaintiff incorporates all previous paragraphs.

22. Plaintiff asserts legal and/or equitable ownership over the subject vehicle and/or security interest free of any claims by Defendants.

23. Defendants have no lawful, enforceable, or perfected interest in the property and yet assert claims that cloud the title.

24. Plaintiff seeks a judicial declaration quieting title and extinguishing any claims by Defendants.

**COUNT THREE: Declaratory Relief (28 U.S.C. § 2201)**

25. A genuine controversy exists between Plaintiff and Defendants regarding the validity of the alleged lien, ownership, and related filings made over Plaintiff's contract and property.

26. Plaintiff seeks a declaration that:

- Defendants' claims of ownership are void;

- Any recorded or registered interest is nullified;

- Defendants have no legal enforcement rights over the contract.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court enter judgment against Defendants as follows:

A. Compensatory damages in an amount to be determined at trial;

B. Punitive damages for malicious slander of title;

C. An order quieting title in Plaintiff's name;

D. Declaratory relief nullifying all claims and interests of Defendants;

E. Injunctive relief prohibiting further attempts to collect or enforce the disputed contract;

F. Attorneys' fees and costs (if represented), or reimbursement of pro se litigation costs;

G. Any further relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all triable issues.

## VERIFICATION

I, Candice Anjanette Gulley Hines, verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: June 10, 2025

Signature: _____

Candice Anjanette Gulley Hines

108 Rossell Park Cir

Garner, NC 27529

Email: TNEA20@MSN.COM